UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. HOSEY, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01611-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION AND REQUEST<br><br>ECF No. 18 |

　　　Plaintiff is a prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff seeks more time to file a second amended complaint and requests that the court assist him with access to the prison law library. ECF No. 18. For good cause shown, plaintiff's motion is granted. Because plaintiff appears to have been deprived of access to the law library even though he has a pending court deadline, this order will be served upon the litigation coordinator at his institution. If plaintiff continues to be denied access to the library up to his new deadline, he should file another motion for extension.

　　　Accordingly,

1. Plaintiff's motion for extension of time and request for assistance, ECF No. 18, is granted.
2. Plaintiff shall have 90 days from the date of this order to file his second amended complaint.

1

3. The clerk's office shall serve a copy of this document on the Litigation Coordinator at California State Prison, Corcoran.

4. The Litigation Coordinator's assistance is requested in facilitating plaintiff's meaningful access to the law library so that plaintiff can meet his court-ordered deadline, to the extent doing so is consistent with institutional order and security.

IT IS SO ORDERED.

Dated:    June 11, 2020           /s/ Jeremy Peterson       
                                        UNITED STATES MAGISTRATE JUDGE

No. 205.