UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. HOSEY, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-01611-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. No. 32) |

Plaintiff Shikeb Saddozai is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice due to plaintiff's failure to obey a court order and failure to prosecute. (Doc. No. 32.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.*) On August 18, 2021, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 33.) Those objections do not appear to address the conclusion reached in the pending findings and recommendations, namely that granting any additional extensions of time for plaintiff to file a second amended complaint would

1

be futile "because Saddozai has been provided multiple extensions and has failed to [file his second amended complaint]." (Doc. No. 32 at 4.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 3, 2021 (Doc. No. 32) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 31, 2021**

UNITED STATES DISTRICT JUDGE

2